No. 26-30556

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

PARISH OF CAMERON,
*Plaintiff-Appellant*,

STATE OF LOUISIANA, EX REL ELIZABETH B. MURRILL, ATTORNEY GENERAL, STATE OF LOUISIANA; LA DEPT OF CONSERVATION & ENERGY, FORMERLY KNOWN AS LA DEPT OF NATURAL RESOURCES OFFICE,
*Intervenor Plaintiffs-Appellants*,

v.

BAY COQUILLE, INCORPORATED; CHEVRON U.S.A. HOLDINGS, INCORPORATED; ENDEAVOR ENERGY RESOURCES, L.P.; HELIS OIL & GAS COMPANY, L.L.C.; HILCORP ENERGY COMPANY; KILROY COMPANY OF TEXAS, INCORPORATED; SOUTHPORT EXPLORATION, INCORPORATED; TEXAS COMPANY, FORMERLY KNOWN AS TEXACO, INCORPORATED
*Defendants-Appellees*.

On appeal from the United States District Court for the
Western District of Louisiana (Doughty, C.J.)
No. 2:26-cv-1339

# MOTION BY DEFENDANTS-APPELLEES CHEVRON U.S.A. HOLDINGS, INC. AND THE TEXAS COMPANY TO DISMISS APPEAL FOR LACK OF JURISDICTION

COUNSEL LISTED ON INSIDE COVER

PAUL D. CLEMENT
C. HARKER RHODES IV
JOSEPH J. DEMOTT
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900

JENNIFER J. CLARK
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

ALEXANDRA WHITE
ERIC J. MAYER
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

CHARLES S. MCGOWAN III
PAMELA R. MASCARI
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, LA 70801

MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron USA Holdings, Inc., The Texas Company***

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**A. Defendants-Appellees**

1. Chevron U.S.A. Holdings Inc.
2. The Texas Company

**B. Attorneys for Defendants-Appellees**

1. For Chevron U.S.A. Holdings Inc. and The Texas Company

Paul D. Clement
paul.clement@clementmurphy.com
C. Harker Rhodes IV
harker.rhodes@clementmurphy.com
Joseph J. DeMott
joseph.demott@clementmurphy.com
Ilan Posner
Ilan.posner@clementmurphy.com
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900

Jennifer J. Clark
jennifer.clark@sidley.com
Virginia Seitz
vseitz@sidley.com
Kathleen Mueller
kmueller@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW

Washington, DC 20005
Telephone: (202)736-8000
Facsimile: (202) 736-8111

Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

Charles S. McCowan, III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

Eric J. Mayer (#14184)
emayer@susmangodfrey.com
Alexandra White (#29478)
lwhite@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**C. Plaintiffs-Appellants**

1. Cameron Parish
2. The State of Louisiana ex rel., Elizabeth B. Murrill, Attorney General

3. Louisiana Department of Conservation & Energy

**D. Attorneys for Plaintiffs-Appellants**

1. For Cameron Parish:

Victor L. Marcello (#9252)
vmarcello@tcmlawfirm.net
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
Telephone: (225) 400-9991
Facsimile: (225) 448-2568

Chad E. Mudd
MUDD, BRUCHHAUS, & KEATING, L.L.C.
517 W. College Street
Lake Charles, LA 70605
Telephone: (337)-562-2327

2. For the State of Louisiana ex rel., Elizabeth B. Murrill, Attorney General:

Jimmy Faircloth, Jr.
FAIRCLOTH MELTON BASH & GREEN L.L.C.
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755

3. For the Louisiana Department of Conservation & Energy:

J. Blake Canfield (#30426)
blake.canfield@la.gov
LOUISIANA DEPARTMENT OF CONSERVATION AND ENERGY
617 N. 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 342-2170
Facsimile: (225) 342-5861

**E. Entities with a Financial Interest:**

The following additional persons may have a financial interest in the outcome of the litigation.

See Exhibit A.

**F. Federal Rule of Appellate Procedure 26.1:**

Defendants-Appellees disclose as follows:

Chevron U.S.A. Holdings Inc., is an indirectly wholly owned subsidiary of Chevron Corporation, a publicly traded company (NYSE: CVX).

The Texas Company is the former name of Texaco Inc., an indirect, wholly owned subsidiary of Chevron Corporation, a publicly traded company (NYSE: CVX).

Dated: October 7, 2026

/s/ Paul D. Clement

CERTIFICATE OF INTERESTED PERSONS
Exhibit A

AK Steel Corporation
AK Steel Holding Corporation
AKS Investments, Inc.
Alpine Exploration Companies, Inc.
American Petrofina, Inc.
American Trading & Production Corporation
Aminoil of Louisiana, Inc.
Aminoil USA, Inc.
Anadarko Consolidated Holdings LLC
Anadarko E&P Onshore LLC
Anadarko Petroleum Corporation
Anadarko USH1 Corporation
Anderson Exploration Company, Incorporated
Anderson Operating Company, L.L.C.
Apache Oil Corporation
Apollo Global Management LLC
Armco Financial Services International, Ltd.
Atlantic Richfield Company
Baby Oil, Inc.
Badger Marine Corporation
Badger Oil Corporation
BASF Corporation
Bay Coquille, Inc.
BEPCO Genpar, L.L.C.
BEPCO, L.P.
Bevo Partners, LP
BHP Billiton Limited
BHP Billiton Petroleum (North America), Inc.
BlackRock, Inc.
BOPCO, L.P.
BOPCO, LLC
BP America Production Company
BP Products North America Inc.
Brammer Engineering, Inc.
Brammer Holdings, L.L.C.
Bridget Dinvaut, District Attorney
Callon Offshore Production, Inc.
Callon Petroleum Company
Callon Petroleum Operating Company
Cambridge Energy Corporation
Camex Operating Company
Camex, Inc.
Campbell Energy Corporation
CanadianOxy Offshore Production Co.
Canlan Oil Company
Caskids Operating Company
Castex Energy, Inc.
Cedyco Corp.
CenterPoint Energy Houston Electric, LLC
CenterPoint Energy Resources Corporation
CenterPoint Energy, Inc.
Central Resources, Inc.
Centurion Exploration Company, LLC
Century Exploration New Orleans, LLC
Chevron Corporation
Chevron U.S.A. Holdings Inc.
Chevron U.S.A. Inc.
Chevron Pipeline Co.
China National Offshore Oil Corporation
Citizens Communications Company
Clayton Williams Energy, Inc.
CNOOC Limited
Columbia Gulf Transmission, L.L.C.

Condor Petroleum Corporation
Conley P. Smith Operating Company
Conley P. Smith, L.L.C.
Continental Oil Company
Covey Energy, Inc.
Cox Operating, L.L.C.
Craig J. Sceroler, Inc.
Crimson Exploration Operating, Inc.
Cypress E&P Corporation
Davis Oil Company
Davis Petroleum Company
Davis Petroleum Corp.
Denbury Onshore, LLC
Denbury Resources Inc.
Denovo Oil & Gas, Inc.
Department of Natural Resources
Devon Energy Corporation
Devon Energy Production Company, L.P.
Devon Energy Production, L.P.
Diasu Oil & Gas Co., Inc.
Diasu Oil and Gas Company, Inc.
Dimension Energy Company, LLC
Dominion Oklahoma Texas
Exploration & Production, Inc.
Dominion Resources, Inc.
Edwin L. Cox
Enable Midstream Partners, LP
Enable Oklahoma Intrastate
Transmission, LLC
Endeavor Energy Resources, L.P.
Energen Corporation
Energen Resources Corporation
Energy Properties, Inc.
Energyquest II, LLC
Enertec Exploration, Inc.
EnerVest Operating, L.L.C.
EnerVest, Ltd.
EP Energy Corporation
EP Energy E&P Company, L.P.
Equitable Petroleum Corporation
Estate of William G. Helis
Exchange Oil & Gas Corporation
Expert Oil & Gas, LLC
FMP Operating Company Limited Partnership
Franks Exploration Company, L.L.C.
Frontier Communications Corporation
Gary Energy Corporation
Gas Transportation Corporation
General American Oil Company of Texas
Gerald A. Boelte
Goodrich Oil Company
Great Southern Oil & Gas Co., Inc.
Green Wilson Hicks, III
Gulf Coast Crude Oil & Gas Company, Inc.
Gulf Exploration Company, Inc.
Gulf Production Company, Inc.
Gulf South Operators, Inc.
Helis Oil & Gas Company, L.L.C.
Henry Production Company, Inc.
Hess Corporation
HHE Energy Company
Hilliard Petroleum Inc.
HK Energy, LLC
HKN, Inc.
HPC Acquisition Corporation
Hunt Consolidated
Hydrocarbons, L.L.C.
Hunt Consolidated, Inc.
Hunt Oil Company
Iberia Operating Corporation
Indian Exploration, Inc.
Inexco Oil Company
Janex Oil Company, Inc.
Jones Company, Ltd.
June Energy, Inc.
Kenmore Oil Co.

Kenmore Oil Co., Inc.
Kerr-McGee Worldwide Corporation
Keystone Group, L.P.
Kilroy Company of Texas, Inc.
Kinder Morgan Energy Partners, L.P.
Kinder Morgan G.P., Inc.
Kinder Morgan Operating L.P. "A"
Kinder Morgan, Inc.
King W. Lanaux
La Mesa Production Inc.
Lake Washington, Inc.
Lanoco, Inc.
Lastrada Oil & Gas Limited
Latex-Star Inc.
Leads Resources, L.L.C.
Legal Oil Company
LGS Natural Gas Company
LLOG Exploration & Production Company, L.L.C.
LLOG Exploration Company, L.L.C.
LLOG Holdings, L.L.C.
LMBI, L.P.
LOPCO, Inc.
Louisiana Crude Oil & Gas Company, Inc.
Louisiana Energy Production, L.L.C.
Louisiana Exploration & Drilling Company
Lyons Petroleum, Inc.
Manti Exploration Operating LLC
Mar-low Corporation
Marquee Corporation
Marsh Engineering, Inc.
McCormick Operating Company
McMoRan Exploration Company
McMoRan Oil & Gas LLC
McMoRan Production Company
Meridian Oil, Inc.
Merit Energy Company, LLC
Merit Energy Management, L.P.
Mineral Ventures, Inc.
Mobil Corporation
Mobil Exploration and Producing
North America Inc.
Mobil Oil Exploration & Producing Southeast, Inc.
Mosaic Global Holdings Inc.
Mosbacher Energy Company
Mosbacher U.S.A., Inc.
National Fuel Gas Company
Nazuni Partners, L.P.
NBL Permian L.L.C.
Nerco Oil & Gas, Inc.
Nexen Energy ULC
Nexen Holdings U.S.A., Inc.
Noble Energy, Inc.
Norcen Explorer, Inc.
Northcoast Oil Company
Northwest Oil Company
Occidental Oil & Gas Holding Corporation
Occidental Petroleum Corporation
OGE Energy Corp.
Oleum Operating Company, L.C.
O'Meara, L.L.C.
OPMI Operating Company
OXY USA Inc.
Oxy USA, Inc.
Pacific Enterprises Oil Company
Pacific Enterprises Oil Company (USA)
Palace Exploration Company
Palace Operating Company
Palm Energy Offshore, L.L.C.
Paxton Oil Company, LLC
PCS Phosphate Company, Inc.
Petrohawk Energy Corporation
Petro-Hunt Holdings, LLC
Petro-Hunt, L.L.C.
PetroQuest Energy, Inc.

PetroQuest Energy, L.L.C.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Petro Services LLC
Pioneer Natural Resources Company
Pioneer Natural Resources USA, Inc.
Potash Corporation of Saskatchewan, Inc.
Resources Investment Corporation
RIPCO, LLC
RME Petroleum Company
Rogers Oil Company
Royal "T" Oil Co., Inc.
Sable Minerals, Inc.
Sempra Energy
Seneca Resources Corporation
Shocker Energy of Louisiana, Inc.
Shoreline Southeast LLC
SM Energy Company
Smith Production Company of Mississippi
SOI Finance Inc.
Source Petroleum, Inc.
Southport Exploration Inc.
Southwestern Energy Company
Spartan Minerals, Ltd.
SRBI, L.P.
Strata Energy, Inc.
Sun Exploration & Production Company
SWN Production Company, LLC
Talos Energy, Inc.
Talos Energy, L.L.C.
Talos Petroleum, L.L.C.
Talos Production, L.L.C.
Tennessee Gas Pipeline Company, L.L.C.
Terry Gottberg
Texaco Inc.
The Gayden 2002 Family Trust
The Meridian Resource & Exploration LLC
The Mosaic Company
The Stone Petroleum Corporation
The Texas Company
The Williams Companies, Inc.
The Yuma Companies, Inc.
Thur Line, L.P.
Toce Energy, L.L.C.
Todd Oil Corporation of Louisiana
Total Petrochemicals & Refining USA, Inc.
TOTAL S.A. of France
Tradition Resources II, LLC
Transco Exploration Company
Turnkey Oilfield Contractors, Inc.
U.S. Oil & Gas, Inc.
U.S. Oil of Louisiana, Inc.
Union Oil Company of California
Union Pacific Resources Company
Universal Music Group, Inc.
Vintage Petroleum, LLC
Virgin Offshore, U.S.A., Inc.
VirTex Petroleum Company, L.L.P.
Vivendi Holding I LLC
Vivendi SA
Wagner Oil Company
Walter Oil & Gas Corporation
WEC Onshore, LLC
White Oak Operating Company, LLC
Whiting Oil and Gas Corporation
Whiting Petroleum Corporation
William Herbert Hunt Trust Estate
Williams Exploration Company
Williams Petroleum Services, LLC
XH, LLC
Xplor Energy Operating Company
XTO Energy Inc.
XTO Energy, Inc.
Yuma Energy, Inc.

Yuma Exploration and Production
Company, Inc.
Yuma Petroleum Company

## STATEMENT PURSUANT TO FIFTH CIRCUIT RULE 27.4

Counsel for Defendants-Appellees has contacted counsel for Plaintiff-Appellants and Intervenor Plaintiffs-Appellants, who have indicated that they oppose this motion and intend to file a response.

## INTRODUCTION

Cameron Parish and the State of Louisiana (collectively, "Plaintiffs") filed a notice of appeal from the district court's order denying their motion to remand this case to state court.[1] But, as this Court has repeatedly held, an order denying remand is not final and appealable. *See*, *e.g.*, *Melancon v. Texaco, Inc.*, 659 F.2d 551, 552–53 (5th Cir. 1981) ("[A]n order denying remand of a case removed to federal court is not a final order within the meaning of 28 U.S.C. § 1291."). The Parish itself has conceded as much in a related case before the same district court, stating unequivocally that the "denial of a motion to remand is an interlocutory order." Mem. in Supp. of Mot. for Reconsideration, *Cameron v. Ballard*, No. 26-1341 (W.D. La. Sep. 14, 2026) ("*Ballard* Reconsideration Mot."), Dkt. 40-1, at 4. The Parish even cited a recent case from this Court that characterized such an order as "un-appealable," called that principle "well settled," and dismissed the appeal "for want of jurisdiction." *Davis v. Allstate Ins.*, No. 24-30547, 2024 WL 5414154, at *1 (5th Cir. Dec. 27, 2024); *Ballard* Reconsideration Mot. at 4 n.17. Because this Court lacks jurisdiction, the appeal should be dismissed.

[1] Plaintiffs have also filed Notices of Appeal of the orders denying their motions to remand in six related cases. Chevron is simultaneously filing motions to dismiss those appeals. *See Parish of Cameron v. Chevron USA Holdings, Inc.*, No. 26-30555; *Parish of Cameron v. Chevron USA Holdings, Inc.*, No. 26-30557; *Parish of Cameron v. Union Oil Co. of Cal.*, No. 26-30559; *Parish of Cameron v. Chevron Pipe Line Co.*, No. 26-30561; *Stutes v. BASF Corp.*, No. 26-30567; *Parish of Cameron v. Chevron USA, Inc.*, No. 26-30569.

## BACKGROUND

This case is one of more than 40 cases brought by various Louisiana Parishes and the State of Louisiana against numerous energy companies for purportedly failing to obtain coastal use permits under the 1978 Louisiana State and Local Coastal Resources Management Act and seeking damages for activities dating back to the World War II era. These cases have a long history, but the relevant developments stem from the Supreme Court's decision earlier this year in *Chevron USA Inc. v. Plaquemines Parish*, 146 S. Ct. 1052 (2026). There, the Supreme Court vacated a divided decision from this Court that had affirmed the remand orders in two related cases. The Supreme Court held that those cases involved activities "relating to" acts under color of federal office and so satisfy the second element of the federal officer removal test. *Chevron*, 146 S. Ct. at 1062–63 (quoting 28 U.S.C. § 1442(a)). Because that holding made clear that this related case also "implicates acts by Chevron that are closely connected to the performance of its federal duties," *id.*, making this case subject to federal-officer jurisdiction, Defendants-Appellees removed this case to federal court.

Plaintiffs moved to remand, and the district court denied that motion in a careful 34-page opinion. *Parish of Cameron v. Alpine Expl. Co.*, No. 26-CV-01337, 2026 WL 2428143 (W.D. La. Aug. 19, 2026); *id.* at *14 (noting that the decision applies to this case). The district court first rejected Plaintiffs' various arguments

that removal was improper at this stage of the case. *Id.* at *2–4. The district court then addressed each of the three requirements "to remove a case to federal court under § 1442." *Id.* at *4. First, "Chevron adequately shows that it acted under a federal officer … when it refined avgas for the federal government in World War II." *Id.* at *7. Second, this case "relates to actions Chevron undertook under color of federal office," because it challenges Chevron's predecessors' "oil and gas exploration activities that created crude oil … in the Coastal Zones during World War II." *Id.* at *9. Finally, Chevron's federal preemption defense was sufficient to satisfy the requirement of a colorable federal defense. *Id.* at *11.

On September 14, 2026, Plaintiffs filed a Notice of Appeal from the district court's denial of their motion to remand. Dkt. 1. In one of the related cases—but not in this case—the Parish simultaneously moved for reconsideration. In that motion, the Parish recognized that the "denial of a motion to remand is an interlocutory order" and cited a decision from this Court dismissing an appeal from such an order for lack of jurisdiction. *Ballard* Reconsideration Mot. at 4 n.17. Even though the Parish acknowledged that it had already "noticed an appeal," the Parish asked the District Court for certification under 28 U.S.C. § 1292(b), "contingent upon that appeal being dismissed on the ground [that] the Challenged Order is currently not appealable." *Id.* at 5. Neither the Parish nor the State of Louisiana has sought reconsideration or certification under § 1292 in this case.

## ARGUMENT

Section 1291 provides that "[t]he courts of appeals … have jurisdiction of appeals from all *final* decisions of the district courts of the United States." 28 U.S.C. § 1291 (emphasis added). "A 'final decision' generally is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Catlin v. United States*, 324 U.S. 229, 233 (1945). "An interlocutory ruling, by definition, is not final." *McClendon v. Jackson Television, Inc.*, 603 F.2d 1174, 1177 (5th Cir. 1979).

This Court has repeatedly applied these principles to hold that "an order denying remand of a case removed to federal court is not a final order within the meaning of 28 U.S.C. § 1291." *Melancon*, 659 F.2d at 552–53 (dismissing appeal); *see also, e.g.*, *Aucoin v. Matador Servs., Inc.*, 749 F.2d 1180, 1181 (5th Cir. 1985) ("an order denying remand of his suit to state court … is not a final order appealable as a matter of right under 28 U.S.C. § 1291"); *Davis*, 2024 WL 5414154, at *1 (identifying this rule as "well settled").

Other authorities have said the same thing in even more emphatic terms. Thirty years ago, for example, the Supreme Court remarked that "[a]n order denying a motion to remand, standing alone, is obviously not final and immediately appealable as of right." *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 74 (1996) (cleaned up). And a leading treatise on federal jurisdiction teaches that "[o]ne aspect of

appealing orders as to removal and remand remains blessedly simple[: a]n order denying remand is not final." 15A Wright & Miller's Federal Practice & Procedure § 3914.11 (3d ed. 1998).

This Court therefore lacks jurisdiction over this appeal. An appeal from an order denying remand may be "appealable only under the discretionary appeal provisions of 28 U.S.C. § 1292(b)." *Aucoin*, 749 F.2d at 1181. But neither the Parish nor the State of Louisiana has sought that discretionary permission in this case—either from the district court or this Court. Nor have they obtained that discretionary permission from either court in any of the related cases. As in *Melancon*, "[s]uch certification was not obtained in the present case," and the Court is thus "without jurisdiction to review this order by this appeal." 659 F.2d at 553. The appeal should be dismissed.

## CONCLUSION

For the foregoing reasons, the Court should dismiss this appeal for lack of appellate jurisdiction.

Respectfully submitted:

Dated: October 7, 2026

/s/ Paul D. Clement

PAUL D. CLEMENT
C. HARKER RHODES IV
JOSEPH J. DEMOTT
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900

JENNIFER J. CLARK
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

ALEXANDRA WHITE
ERIC J. MAYER
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

CHARLES S. MCGOWAN III
PAMELA R. MASCARI
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70801

MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron USA Holdings Inc. and The Texas Company***

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Paul D. Clement

## CERTIFICATE OF COMPLIANCE

This document complies with the length limits of FED. R. APP. P. 27(d)(2) because this document contains 1,195 words.

This document complies with the typeface and type-style requirements of FED. R. APP. P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

Dated: October 7, 2026 /s/ Paul D. Clement